STATE OF NEW JERSEY v. PAULINE LAWSON.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES O'DONNELL.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL L. CORSARO.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HICKLIN.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LEE EDWARDS.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED MONEY, JR.

October 19, 1976. Petition for certification denied.